# COMPOSITE EXHIBIT "B"

# BRENDA D. FORMAN
## CLERK OF THE COURTS
browardclerk.org ■ BROWARD COUNTY, FLORIDA



Menu ☰

**Is your court hearing being held via Zoom? Learn more about Remote Court Hearings by Zoom (/GeneralInformation/Miscellaneous#RemoteHearingsbyZoom)**

# Case Detail - Public

🖨 Print

## Kinsley Thebaud Plaintiff vs. Walmart Associates Inc Defendant

**Broward County Case Number:** CACE21002064
**State Reporting Number:** 062021CA002064AXXXCE
**Court Type:** Civil
**Case Type:** Other - Discrimination Employment or Other
**Incident Date:** N/A
**Filing Date:** 01/29/2021
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 08 Haimes, David A.

### ─ Party(ies)

Total: 2

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address<br>★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Thebaud, Kinsley** | | ★ Regueiro, Rainier, ESQ.<br>Retained<br>Bar ID: 115578<br>Remer & Georges-pierre, PLLC<br>44 W Flagler St Ste 2200<br>Miami, FL 33130-6807<br>**Status: Active** |

⌃

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address<br>★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Walmart Associates Inc** | | ★ Manzo, Christine M<br>Retained<br>Bar ID: 52121<br>Liebler, Gonzalez & Portuondo<br>Courthouse Tower, 25th Floor<br>44 West Flagler Street<br>Miami, FL 33130<br>**Status: Active** |

## ▬ Disposition(s)

Total: 0

| Date | Statistical Closure(s) | | |
|---|---|---|---|

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|

## ▬ Event(s) & Document(s)

Total: 8

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 03/01/2021 | **Order Extending Time** | DEFT /GRANTED | 📄 | 2 |
| 02/25/2021 | **Motion for Extension of Time** | Party: *Defendant* Walmart Associates Inc | 📄 | 2 |
| 02/16/2021 | **Notice of Appearance** | Party: *Defendant* Walmart Associates Inc | 📄 | 2 |
| 02/16/2021 | **Notice of Filing Designation of Emailing Addresses** | Party: *Defendant* Walmart Associates Inc | 📄 | 2 |
| 02/01/2021 | **Search for prior case performed per 2020-4-Civ-UFC-CO** | NONE | 📄 | 1 |
| 01/29/2021 | **Civil Cover Sheet** | Amount: $100,001.00 | 📄 | 3 |
| 01/29/2021 | **Complaint (eFiled)** | | 📄 | 8 |
| 01/29/2021 | **eSummons Issuance** | WAL-MART ASSOCIATES, INC | 📄 | 1 |

- Hearing(s) Total: 0

There is no Disposition information available for this case.

- Related Case(s) Total: 0

There is no related case information available for this case.

# Brenda D. Forman

## Clerk of Court

Broward County
17th Judicial Circuit

MORE ABOUT THE CLERK (/ABOUTUS/ABOUTTHEOFFICE#ABOUTTHECLERK) >

 (https://www.facebook.com/browardclerkofcourts/)

# Connect with Us

COURTHOUSE LOCATIONS (/ABOUTUS/HOURSANDLOCATIONS#COURTHOUSELOCATIONS) >

CONTACT US (/ABOUTUS/ABOUTTHEOFFICE#CONTACTUS) >

DISCLAIMER AGREEMENT (/GENERALINFORMATION/MISCELLANEOUS#DISCLAIMERAGREEMENT) >

CLERK DIRECTORY (/ABOUTUS/HOURSANDLOCATIONS#CLERKDIRECTORY) >

TELL US WHAT YOU THINK (/MISCELLANEOUS/CLERKSURVEYS) >

# Accessibility & Support

ADA NOTICE (/GENERALINFORMATION/MISCELLANEOUS#ADA)

PRINT

FREQUENTLY ASKED QUESTIONS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/FREQUENTQUESTIONS/) >

GLOSSARY OF TERMS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/GLOSSARY/) >

# Main Courthouse Location

201 SE 6th Street

Fort Lauderdale
Florida, US 33301
Phone: (954) 831-6565

PUBLIC RECORDS CUSTODIAN (/GENERALINFORMATION/MISCELLANEOUS#PUBLICRECORDSCUSTODIAN) › *PURSUANT TO 119.12(2), F.S.*

PUBLIC ACCESS TO JUDICIAL RECORDS (/GENERALINFORMATION/MISCELLANEOUS#JUDICIALRECORDRULE) › *PURSUANT TO RULE 2.420*

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity.

Instead, contact this office by phone or in writing.

© 2021 - All rights reserved

 **CT Corporation**

**Service of Process Transmittal**
02/08/2021
CT Log Number 539013361

**TO:**     Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:**     **Process Served in Florida**

**FOR:**    Wal-Mart Associates, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Thebaud Kinsley, Pltf. vs. Wal-Mart Associates, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Broward County Circuit Court, FL<br>Case # CACE21002064 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/08/2021 at 01:01 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Rainier Regueiro<br>Remer & Georges-Pierre, PLLC<br>Courthouse Tower<br>44 West Flagler Street<br>Suite 2200<br>Miami, FL 33130<br>561-225-1970 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/08/2021, Expected Purge Date: 02/13/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com<br><br>Email Notification,  Grymarys De Jesus  grymarys.dejesus@walmart.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

 CT Corporation

**Service of Process Transmittal**
02/08/2021
CT Log Number 539013361

**TO:**   Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:**   **Process Served in Florida**

**FOR:**   Wal-Mart Associates, Inc.  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**                              Mon, Feb 8, 2021

**Server Name:**                  George Thompson


Entity Served            WAL-MART ASSOCIATES, INC.

Agent Name             C T CORPORATION SYSTEM

Case Number           CACE21002064

Jurisdiction               FL



*2/8/2021*
*8:55Am*
*1571*
*D.*

**IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA**

**Case No.:**

**KENSLEY THEBAUD,**

      **Plaintiff,**

**v.**

**WAL-MART ASSOCIATES, INC.,**

      **Defendant.**

_____/

**SUMMONS IN A CIVIL CASE**

**TO: WAL-MART ASSOCIATES, INC** through its Registered Agent:
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

**YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S
ATTORNEY**
RAINIER REGUEIRO, ESQ.
REMER & GEORGES-PIERRE, PLLC.
COURTHOUSE TOWER
44 WEST FLAGLER STREET
SUITE 2200
MIAMI, FL. 33130

An answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

|  | FEB 01 2021 |
|---|---|
| CLERK | DATE |

(BY) DEPUTY

**BRENDA D. FORMAN**

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

Case No.:

KINSLEY THEBAUD,

     Plaintiff,

v.

WAL-MART ASSOCIATES, INC.,

     Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiff, **KINSLEY THEBAUD** Plaintiff"), by and through the undersigned counsel, and hereby sues Defendant, **WAL-MART ASSOCIATES, INC.**, ("Defendant"), and alleges as follows:

1. This is an action by the Plaintiff for damages exceeding $30,000 excluding attorneys' fees or costs pursuant to the Florida Civil Rights Act of 1992, Florida Statutes, Chapter 760, *et seq.* ("FCRA") to redress injuries resulting from Defendant's unlawful race, national origin, and gender based discriminatory treatment.

2. At all times material hereto, Plaintiff was a resident of Broward County, Florida.

3. Defendant is a Florida Profit Corporation authorized to conduct business in the State of Florida.

4. Venue is proper in the 17th Judicial Circuit in and for Broward County, Florida because all of the actions that form the basis of this Complaint occurred within Broward County.

### FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

5. Plaintiff is a Black Haitian Male and is a protected class under the FCRA

6. Plaintiff began working for the Defendant on or about February 18, 2015.

7. Plaintiff was discriminated against by his employer WAL-MART ASSOCIATES. INC. through Managers Veron Henry (White Female) and Milton Widender (White Male). based on race, national origin, and gender.

8. Veron Henry would constantly berate and harass male employees as well as another Black male employee Lindale (LNU).

9. Shortly after Veron Henry was promoted to manager, she fired most of the Black male employees only to have them replaced them with females.

10. Plaintiff was frequently being harassed by Henry and was always told that his work was not good enough.

11. Plaintiff was written up twice by Henry within a two-week span when he had never been written up prior.

12. Upon returning to work after a few days off Plaintiff was notified by the security guard Jean (LNU) that somebody had slashed Manager Henry's tire.

13. After this incident Plaintiff had requested three days off and later found that his request had been deleted from the system.

14. When Plaintiff approached Manager Widener regarding the discrepancy he was threatened to be removed from the schedule.

15. Nearly a week later Plaintiff was approached by two police officers and was accused of slashing the tires in question.

16. Plaintiff was ordered to hand in his jacket and badge, escorted out of the store, and told not to return.

17. It is Plaintiff's belief that he was deliberately sabotaged and that whichever employee removed him from the system was the same person who slashed Henry's tires.

18. Throughout the duration of Plaintiff's employment, he was able to perform the essential functions of his job duties and responsibilities.

19. At all relevant times Plaintiff performed his job at satisfactory or above-satisfactory levels.

20. Plaintiff filed a timely charge of employment discrimination on July 12, 2019 with the Equal Employment Opportunity Commission, the agency which is responsible for investigating claims of employment discrimination.

## COUNT I
### *Sex Discrimination in Violation of the FCRA*

21. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-19 above as if set out in full herein.

22. Plaintiff is a member of a protected class under the FCRA.

23. By the conduct describe above, Defendants have engaged in discrimination against Plaintiff because of Plaintiff's sex and subjected the Plaintiff to sex-based animosity.

24. Such discrimination was based upon the Plaintiff's sex in that Plaintiff would not have been the object of discrimination but for the fact that Plaintiff is a male.

25. Defendants' conduct complained of herein was willful and in disregard of Plaintiff's protected rights. Defendants and their supervisory personnel were aware that discrimination on the basis of sex was unlawful but acted in reckless disregard of the law.

26. At all times material hereto, the employees exhibiting discriminatory conduct towards

Plaintiff possessed the authority to affect the terms, conditions, and privileges of Plaintiff's employment with the Defendants.

27. Defendants retained all employees who exhibited discriminatory conduct toward the Plaintiff and did so despite the knowledge of said employees engaging in discriminatory actions.

28. As a result of Defendants' actions, as alleged herein, Plaintiff has been deprived of rights, has been exposed to ridicule and embarrassment, and has suffered emotional distress and damage.

29. The conduct of Defendants, by and through the conduct of its agents, employees, and/or representatives, and the Defendant's failure to make prompt remedial action to prevent continued discrimination against the Plaintiff, deprived the Plaintiff of statutory rights under federal law.

30. The actions of the Defendants and/or its agents were willful, wanton, and intentional, and with malice or reckless indifference to the Plaintiff's statutorily protected rights, thus entitling Plaintiff to damages in the form of compensatory and punitive damages pursuant to state and federal law, to punish the Defendants for their actions and to deter them, and others, from such action in the future.

31. Plaintiff has suffered and will continue to suffer both irreparable injury and compensable damages as a result of Defendants' discriminatory practices unless and until this Honorable Court grants relief.

## COUNT II
### Race Discrimination in Violation of the FCRA

32. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-19 above as if set out in full herein.

33. Plaintiff is a member of a protected class under the FCRA.

34. By the conduct describe above, Defendants have engaged in discrimination against Plaintiff because of Plaintiff's race and subjected the Plaintiff to race-based animosity.

35. Such discrimination was based upon the Plaintiff's race in that Plaintiff would not have been the object of discrimination but for the fact that Plaintiff is Black.

36. Defendants' conduct complained of herein was willful and in disregard of Plaintiff's protected rights. Defendants and their supervisory personnel were aware that discrimination on the basis of race was unlawful but acted in reckless disregard of the law.

37. At all times material hereto, the employees exhibiting discriminatory conduct towards Plaintiff possessed the authority to affect the terms, conditions, and privileges of Plaintiff's employment with the Defendants.

38. Defendants retained all employees who exhibited discriminatory conduct toward the Plaintiff and did so despite the knowledge of said employees engaging in discriminatory actions.

39. As a result of Defendants' actions, as alleged herein, Plaintiff has been deprived of rights, has been exposed to ridicule and embarrassment, and has suffered emotional distress and damage.

40. The conduct of Defendants, by and through the conduct of its agents, employees, and/or representatives, and the Defendant's failure to make prompt remedial action to prevent continued discrimination against the Plaintiff, deprived the Plaintiff of statutory rights under federal law.

41. The actions of the Defendants and/or its agents were willful, wanton, and intentional, and with malice or reckless indifference to the Plaintiff's statutorily protected rights, thus entitling Plaintiff to damages in the form of compensatory and punitive damages pursuant to state and federal law, to punish the Defendants for their actions and to deter them, and others, from such action in the future.

42. Plaintiff has suffered and will continue to suffer both irreparable injury and compensable damages as a result of Defendants' discriminatory practices unless and until this Honorable Court grants relief.

## COUNT III
### *National Origin Discrimination in Violation of the FCRA*

43. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-19 above as if set out in full herein.

44. Plaintiff is a member of a protected class under the FCRA.

45. By the conduct describe above, Defendants have engaged in discrimination against Plaintiff because of Plaintiff's national origin and subjected the Plaintiff to national origin-based animosity.

46. Such discrimination was based upon the Plaintiff's national origin in that Plaintiff would not have been the object of discrimination but for the fact that Plaintiff is Haitian.

47. Defendants' conduct complained of herein was willful and in disregard of Plaintiff's protected rights. Defendants and their supervisory personnel were aware that discrimination on the basis of race was unlawful but acted in reckless disregard of the law.

48. At all times material hereto, the employees exhibiting discriminatory conduct towards Plaintiff possessed the authority to affect the terms, conditions, and privileges of Plaintiff's employment with the Defendants.

49. Defendants retained all employees who exhibited discriminatory conduct toward the Plaintiff and did so despite the knowledge of said employees engaging in discriminatory actions.

50. As a result of Defendants' actions, as alleged herein, Plaintiff has been deprived of rights, has been exposed to ridicule and embarrassment, and has suffered emotional distress and damage.

51. The conduct of Defendants, by and through the conduct of its agents, employees, and/or representatives, and the Defendant's failure to make prompt remedial action to prevent continued discrimination against the Plaintiff, deprived the Plaintiff of statutory rights under federal law.

52. The actions of the Defendants and/or its agents were willful, wanton, and intentional, and

with malice or reckless indifference to the Plaintiff's statutorily protected rights, thus entitling Plaintiff to damages in the form of compensatory and punitive damages pursuant to state and federal law, to punish the Defendants for their actions and to deter them, and others, from such action in the future.

53. Plaintiff has suffered and will continue to suffer both irreparable injury and compensable damages as a result of Defendants' discriminatory practices unless and until this Honorable Court grants relief.

**WHEREFORE**, Plaintiffs respectfully prays for the following relief against Defendants:

    a.  Adjudge and decree that Defendants have violated the FCRA, and have done so willfully, intentionally, and with reckless disregard for Plaintiff's rights;

    b.  Enter a judgment requiring that Defendants pay Plaintiff appropriate back pay, benefits' adjustment, and prejudgment interest at amounts to be proved at trial for the unlawful employment practices described herein;

    c.  Enter an award against Defendants and award Plaintiff compensatory damages for mental anguish, personal suffering, and loss of enjoyment of life;

    d.  Require Defendants to reinstate Plaintiff to the position at the rate of pay and with the full benefits Plaintiff would have had Plaintiff not been discriminated against by Defendants, or in lieu of reinstatement, award front pay;

    e.  Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

    f.  Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.


Dated: January 29, 2020                      Respectfully submitted,


                                             /s/Rainier Regueiro
                                             Rainier Regueiro, Esq.
                                             Florida Bar Number: 115578
                                             **REMER & GEORGES-PIERRE, PLLC**
                                             44 WEST FLAGER STREET, SUITE 2200
                                             Miami, Florida 33130
                                             Telephone: (561) 225-1970
                                             Facsimile: (305) 416-5005

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

 

I.    **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT, IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Kinsley Thebaud</u>
Plaintiff
                                          Case # _____
                                          Judge _____

vs.
<u>WAL MART ASSOCIATES INC</u>
Defendant

II.    **AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

III.    **TYPE OF CASE**    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 01/29/2021 12:46:09 PM.****

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☒ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

    **IV.    REMEDIES SOUGHT** (check all that apply):
    ☒ Monetary;
    ☐ Nonmonetary declaratory or injunctive relief;
    ☐ Punitive

    **V.    NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

    3

    **VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

    **VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

    **VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Rainier Regueiro           Fla. Bar # 115578
    Attorney or party                 (Bar # if attorney)

Rainier Regueiro              01/29/2021
  (type or print name)            Date

**IN THE CIRCUIT COURT OF THE 17ᵀᴴ JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY, FLORIDA**

Case No:_____ Cace 21· 20004
_____

<u>Kinsley Thebaud</u>
Plaintiff

Judge Division:_____ 08 _____

VS

<u>Walmart Associates Inc</u>
Defendant

### CLERK'S CERTIFICATE OF COMPLIANCE

I hereby certify that pursuant to Administrative Order, No. 2020–73–Civ/
2020–74–UFC:

**"ADMINISTRATIVE ORDER DIRECTING CLERK OF COURTS WITH REGARD TO
DISMISSED CIVIL OR FAMILY CASES",**

The Clerk has conducted a search for all previous existing civil cases related to
these two parties.

Listed below are all the aforementioned related cases:   None


FILED
FEB 0 1 2021
By_____

Brenda D. Forman
Circuit and County Courts

By: ____ KB _____

**Deputy Clerk**

**IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA
*(CIVIL DIVISION)***

KENSLEY THEBAUD,                    CASE NO.: CACE-21-002064

        Plaintiff,

v.

WAL-MART ASSOCIATES, INC.,

        Defendant.

_____/

### DESIGNATION OF E-MAIL ADDRESSES PURSUANT TO RULE 2.516

    The undersigned law firm hereby designates, pursuant to Rule 2.516, the following e-mail address for the purpose of service of all documents required to be served pursuant to Rule 2.516 in this proceeding:

Primary E-Mail Address:      service@lgplaw.com

Secondary E-Mail Addresses: cmm@lgplaw.com    cr@lgplaw.com    ars@lgplaw.com

        crpa@crlaborlawfirm.com

        Respectfully submitted,

        **LIEBLER, GONZALEZ & PORTUONDO**
        *Attorneys for Defendant*
        Courthouse Tower - 25th Floor
        44 West Flagler Street
        Miami, FL 33130
        (305) 379-0400
        service@lgplaw.com

By:    */s/ Christine M. Manzo*
        CHRISTINE M. MANZO
        Florida Bar No. 52121
        CARMEN RODRIGUEZ
        Florida Bar No. 710385
        Law Offices of Carmen Rodriguez, P.A.
        *of Counsel Liebler, Gonzalez & Portuondo*
        crpa@crlaborlawfirm.com

CASE NO.: CACE-21-002064

<u>**CERTIFICATE OF SERVICE**</u>

     I HEREBY CERTIFY that on this <u>16th</u> day of February, 2021, I electronically filed the foregoing with the Clerk of Courts by using the Florida Courts E-filing Portal which will send a notice of electronic filing to the following: **Rainier Regueiro, Esq.** ([rregueiro@rgpattorneys.com](mailto:rregueiro@rgpattorneys.com)),   Remer & Georges-Pierre, PLLC, *Attorneys for Plaintiff*, 44 West Flagler Street, Suite 2200, Miami, FL 33130.

*/s/ Christine M. Manzo*
CHRISTINE M. MANZO

Filing # 121491689 E-Filed 02/16/2021 04:30:04 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA
*(CIVIL DIVISION)*

KENSLEY THEBAUD,                                    CASE NO.: CACE-21-002064

        Plaintiff,

v.

WAL-MART ASSOCIATES, INC.,

        Defendant.

_____/

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the law firm LIEBLER, GONZALEZ & PORTUONDO**,**

enters its appearance as counsel for WAL-MART ASSOCIATES, INC., in these proceedings. All

parties are requested to take notice of the appearance of undersigned counsel and to serve all copies

of any and all motions, orders, pleadings, papers, reports, and/or documents of any kind or nature

upon the undersigned counsel.

        DATED: February 16, 2021.

                        Respectfully submitted,

                        **LIEBLER, GONZALEZ & PORTUONDO**
                        *Attorneys for Defendant*
                        Courthouse Tower - 25th Floor
                        44 West Flagler Street
                        Miami, FL 33130
                        (305) 379-0400
                        service@lgplaw.com

        By:    */s/ Christine M. Manzo*_____
                        CHRISTINE M. MANZO
                        Florida Bar No. 52121
                        CARMEN RODRIGUEZ
                        Florida Bar No. 710385
                        Law Offices of Carmen Rodriguez, P.A.
                        *of Counsel Liebler, Gonzalez & Portuondo*
                        crpa@crlaborlawfirm.com

CASE NO.: CACE-21-002064

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16<u>th</u>  day of February, 2021, I electronically filed the foregoing with the Clerk of Courts by using the Florida Courts E-filing Portal which will send a notice of electronic filing to the following: **Rainier Regueiro, Esq.** (rregueiro@rgpattorneys.com),   Remer & Georges-Pierre, PLLC, *Attorneys for Plaintiff*, 44 West Flagler Street, Suite 2200, Miami, FL 33130.

*/s/ Christine M. Manzo*
CHRISTINE M. MANZO

**IN THE CIRCUIT COURT OF THE**
**17TH JUDICIAL CIRCUIT IN AND FOR**
**BROWARD COUNTY, FLORIDA**
*(CIVIL DIVISION)*

KENSLEY THEBAUD,                                   CASE NO.: CACE-21-002064

      Plaintiff,

v.

WAL-MART ASSOCIATES, INC.,

      Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant WAL-MART ASSOCIATES, INC. ("Defendant"), through undersigned counsel, respectfully requests the Court to enter an order extending the time allowed for Defendant to respond to Plaintiff's Complaint, and states as grounds:

Defendant was served on or about February 8, 2021. Defendant's response to the Complaint is due on March 1, 2021. In order to evaluate the factual allegations stated in the Complaint, research its records, and determine the circumstances involved, Defendant requires additional time to file its response to the Complaint.

The foregoing motion is filed in good faith and not for dilatory or other improper purpose.

Undersigned counsel conferred with Plaintiff's counsel regarding the relief requested herein and Plaintiff does not object.

WHEREFORE, Defendant WAL-MART ASSOCIATES, INC. respectfully requests that this Court enter an order granting it a thirty (30) day extension of time to respond to the Complaint, as well as any other further relief that this Court may deem just and proper.

CASE NO.: CACE-21-002064

Respectfully submitted,

**LIEBLER, GONZALEZ & PORTUONDO**
*Attorneys for Defendant*
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400
service@lgplaw.com

By:    *s/ Christine M. Manzo*
CHRISTINE M. MANZO
Florida Bar No. 52121
CARMEN RODRIGUEZ
Florida Bar No. 710385
Law Offices of Carmen Rodriguez, P.A.
*of Counsel Liebler, Gonzalez & Portuondo*
crpa@crlaborlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2021, I electronically filed the foregoing with the Clerk of Courts by using the Florida Courts E-filing Portal which will send a notice of electronic filing to the following: **Rainier Regueiro, Esq.** (rregueiro@rgpattorneys.com), Remer & Georges-Pierre, PLLC, *Attorneys for Plaintiff*, 44 West Flagler Street, Suite 2200, Miami, FL 33130.

*/s/ Christine M. Manzo*
CHRISTINE M. MANZO

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. UNDERLINE_CACE21002064   DIVISION  08   JUDGE  David A Haimes

**Kinsley Thebaud**

Plaintiff(s) / Petitioner(s)

v.

**Walmart Associates Inc**

Defendant(s) / Respondent(s)

_____/

## AGREED ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

THIS CAUSE having come before the Court upon Defendant, WAL-MART ASSOCIATES, INC.'s Unopposed Motion for Extension of Time to Respond to the Complaint (the "Motion") and the Court, having reviewed the Motion, being advised that the parties are in agreement and being otherwise advised of the premises, hereby

   **ORDERS** and **ADJUDGES** that:

1.      The Motion is hereby **GRANTED**.

2.      Defendant shall have until March 30, 2021 to respond to the Complaint.


**DONE** and **ORDERED** in Chambers, at Broward County, Florida on 03-01-2021.

CACE21002064 03-01-2021 10:11 AM

CACE21002064 03-01-2021 10:11 AM

Hon. David A Haimes

**CIRCUIT JUDGE**

Electronically Signed by David A Haimes

**Copies Furnished To:**

Carmen Rodriguez , E-mail : crpa@crlaborlawfirm.com

Carmen Rodriguez , E-mail : cr@lgplaw.com

Christine M Manzo , E-mail : SERVICE@LGPLAW.COM

Christine M Manzo , E-mail : ars@lgplaw.com

Christine M Manzo , E-mail : CMM@LGPLAW.COM
Nicholas G. Neville , E-mail : kfm@lgplaw.com
Nicholas G. Neville , E-mail : sgs@lgplaw.com
Nicholas G. Neville , E-mail : ngn@lgplaw.com
Rainier Regueiro , E-mail : aziani@rgpattorneys.com
Rainier Regueiro , E-mail : gcellini@rgpattorneys.com
Rainier Regueiro , E-mail : rregueiro@rgpattorneys.com